IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JACK E. SHOCK, | : | |
| Plaintiff | : | Civil Action 2:08-cv-630 |
| v. | : | Judge Sargus |
| COMMISSIONER OF SOCIAL SECURITY, | : | Magistrate Judge Abel |
| | : | |
| Defendant | | |

ORDER

On March 2, 2009, the Magistrate Judge issued a report and recommendation finding that the decision of the Administrative Law Judge was not based on substantial evidence, and this matter should be remanded for further proceedings. Objections to this report and recommendation were due by March 19, 2008.

No objections to the report and recommendation have been filed. On *de novo* review as required by 28 U.S.C. §636(b), I find the report and recommendation well taken. Accordingly, it (Doc. 13) is **ADOPTED**. It is hereby **ORDERED** that this matter be **REMANDED** to the Administrative Law Judge for further proceedings, including a determination, utilizing the testimony of an impartial vocational expert, of whether Plaintiff is able to perform substantial gainful work, considering

1

Plaintiff's residual functional capacity, age, education, and work experience. This determination shall take into account a finding that Plaintiff lacks the ability to do any work which requires forceful, repetitive use of his hands or fine manipulation of his hands.

**IT IS SO ORDERED.**

4-1-2009

United States District Judge